UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 23 Cr. 180-16 (KPF) |
| JULIO MARIN GONZALEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are **ORDERED** to attend an arraignment and initial conference on **April 20, 2023, at 10:30 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge