ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

———————

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

November 20, 2024

**By ECF**  
The Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

**MEMO ENDORSED**

    Re:   United States v. Julio Marin Gonzalez  
            23 Cr. 180 (KPF)

Dear Judge Failla:

    I represent Julio Marin Gonzalez, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Alexander Li, to request an adjournment of the conference that is presently scheduled for December 12, 2024 at 3:30 p.m. An adjournment is needed because the government is still in the process of producing voluminous discovery, the discovery must be reviewed by counsel and the defendant, and the parties are still negotiating a possible pre-trial disposition. It is therefore respectfully requested that the conference be adjourned to February 12, 2025 or February 13, 2025, which should provide sufficient time for these purposes.

    Mr. Marin Gonzalez consents to the exclusion of time under the Speedy Trial Act.

    The Court's time and attention to this matter is greatly appreciated.

    Respectfully submitted,  
    /s/  
    Jeremy Schneider

cc:   Sarah Kushner, Alexander Li,  
       David Robles, Nicholas Bradley  
       *Assistant United States Attorneys*  
       (By ECF)

Application GRANTED.  The status conference scheduled for December 12, 2024, is hereby ADJOURNED to **February 12, 2025,** at **12:00 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is furthered ORDERED that time is excluded under the Speedy Trial Act between **December 12, 2024,** and **February 12, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 146.

Dated:     November 21, 2024            SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE