ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

February 4, 2025

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:    United States v. Julio Marin Gonzalez
              23 Cr. 180 (KPF)

Dear Judge Failla:

    I represent Julio Marin Gonzalez, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Alexander Li, to request an adjournment of the conference that is presently scheduled for February 12, 2025 at 12:00 p.m. An adjournment is needed because the defendant is still in the process of reviewing the most recently produced discovery, and the parties continue to be engaged in plea negotiations. It is therefore respectfully requested that the conference be adjourned to April 9 or April 10, 2025.

    Mr. Marin Gonzalez consents to the exclusion of time under the Speedy Trial Act.

    The Court's time and attention to this matter is greatly appreciated.

                                                            Respectfully submitted,
                                                                         /s/
                                                                     Jeremy Schneider

cc:    Sarah Kushner, Alexander Li,
       David Robles, Nicholas Bradley
       *Assistant United States Attorneys*
       (By ECF)

Application GRANTED.  The conference scheduled for February 12, 2025, is hereby ADJOURNED to **April 9, 2025,** at **3:00 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The parties are advised that no additional requests for the adjournment of this conference will be granted, absent exigent circumstances.

It is further ORDERED that time is excluded under the Speedy Trial Act between **February 12, 2025,** and **April 9, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and allow the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 165.

Dated:    February 5, 2025          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE