ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>————<br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5507 |

May 8, 2025

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

   Re: United States v. Julio Marin Gonzalez
      23 Cr. 180 (KPF)

Dear Judge Failla:

  I represent Julio Marin Gonzalez, the defendant in the above-referenced matter. This letter is respectfully submitted to request that the Court schedule a change of counsel hearing. I am available to appear for this proceeding on May 22, 2025 at 11:30 a.m., a date and time that I understand is convenient for the Court.

  If the Court has any questions about this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:  AUSA Jane Y. Chong (by ECF)

The Court is in receipt of the above request to substitute counsel.  In light of the above, the parties are hereby ORDERED to appear for a conference on **May 22, 2025,** at **11:30 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 201.

Dated:     May 9, 2025
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE