

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

July 18, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Julio Marin Gonzalez*, 23 Cr. 180 (KPF)

Dear Judge Failla:

    The Government writes, with the consent of the defendant, to respectfully request that the status conference currently scheduled for Tuesday, July 22, 2025, at 3:30 p.m., be adjourned for approximately 45 days, so that the parties can continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

            by: _/s/_____
                  Sarah L. Kushner / Nicholas S. Bradley
                  Jane Y. Chong / David J. Robles
                  Assistant United States Attorneys
                  (212) 637-2676/1581/2263/2550

cc:   Lawrence Gerschwer, Esq. (*by ECF*)

Application GRANTED.  The status conference scheduled for July 22, 2025, is hereby ADJOURNED to **September 10, 2025,** at **3:00 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **July 22, 2025,** and **September 10, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 217.

Dated:    July 18, 2025          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE