**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | |
| **IVAN ARCHIVALDO GUZMAN SALAZAR, et al.,** | **No. 1:23-cr-00180-KPF** |
| **Defendants.** |  |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned counsel respectfully moves for an Order granting leave to withdraw as attorney of record for Julio Marin Gonzalez ("Mr. Marin Gonzalez") and to be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. In support of this Motion, counsel states as follows:

1.    Undersigned counsel is departing from Barnes & Thornburg, the firm Mr. Marin Gonzalez has engaged for representation.

2.    Other counsel from Barnes & Thornburg will continue to represent Mr. Marin Gonzalez.

Dated: New York, New York
        August 12, 2026

*/s/ Charlotte Underwood*
Charlotte Underwood
BARNES AND THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 746-2000
cunderwood@btlaw.com

Application GRANTED.  The Court wishes Ms. Underwood the best in her future endeavors.

The Clerk of Court is directed to terminate the pending motion at docket entry 362, and to terminate Ms. Underwood from the docket.

Dated:    August 13, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE